**No. 60836.**—Trans-World Shipping Corp. *v.* United States, protest 272646–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60837.**—J. J. Hayes Company *v.* United States, protest 272650–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60838.**—Rohner Gehrig & Co., Inc. *v.* United States, protest 272651–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60839.**—Wool Distributing Corp. *v.* United States, protest 272652–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60840.**—Wool Distributing Corp. *v.* United States, protest 272653–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60841.**—Wool Distributing Corp. *v.* United States, protest 272654–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60842.**—Vandegrift Forwarding Co., Inc. *v.* United States, protest 272667–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60843.**—Metallurg, Inc. *v.* United States, protest 273656–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60844.**—S. H. Pomerance Co., Inc. *v.* United States, protest 274438–K (New York).